1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:23-CR-00115-ADA-BAM

12                          Plaintiff,     STIPULATION REGARDING DISCOVERY;
                                           FINDINGS AND PROTECTIVE ORDER
13              v.

14  VICTOR ZERMENO,
    MATTHEW MENDEZ,
15  MIGUEL BARRAGAN,
    JONATHAN MALDONADO,
16  EZEQUIEL GUZMAN,
    VICTOR DIAZ,
17  FRANCISCO DIAZ,
    EDUARDO AMEZCUA,
18  MICHAEL NERI,
    ALEJANDRO HAWKINS,
19  FRANCISCO FERMAN,
    IVAN HERNANDEZ,
20  JORGE DELORES CRUZ
21
22                          Defendants.
23

24                               **STIPULATION**

25       1.     The discovery in the above-mentioned case includes thousands of pages of police reports,

26  photographs, records, and search warrant affidavits that contain Personal Identifying Information of the

27
                                                      1
28  STIPULATION AND PROPOSED DISCOVERY
    PROTECTIVE ORDER

1  defendants, other targets of the investigation, and non-targets of the investigation

2       2.    The government will make best efforts to redact from the discovery personal identifying

3  information of parties, such as social security numbers, driver's license numbers, etc.

4       3.    The parties and defense counsel, including but not limited to defense counsel's staff,

5  investigators, and outside assistants, shall not disclose the contents of the documents released by the

6  government through discovery in this case, except as necessary for investigative work for the

7  prosecution or presentation of defenses in this case. Although defense counsel may review discovery

8  items with their clients, to protect the personal identifying information that may be contained in the

9  discovery, no copies of documents, tape-recordings, or other items released by the government in

10 discovery in this case may be given to the defendant or any third party who is not a member of defense

11 counsel's staff or hired as defense investigators or outside assistants, including relatives or friends of the

12 defendant, unless such items have been redacted to protect the personal identifying information.

13      4.    Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may,

14 for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

15      IT IS SO STIPULATED.

16

17  Dated:  June 21, 2023                          PHILLIP A. TALBERT
                                                    United States Attorney
18

19                                                  /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
20                                                  Assistant United States Attorney

21  Dated:  June 21, 2023                          /s/ MARC DAYS
                                                    MARC DAYS
22                                                  Counsel for Defendant
                                                    Victor Zermeno
23

24  Dated:  June 21, 2023                          /s/ PETER JONES
25                                                  PETER JONES
                                                    Counsel for Defendant
26                                                  Miguel Barragan

27  STIPULATION AND PROPOSED DISCOVERY                2
    PROTECTIVE ORDER
28

1  Dated:  June 21, 2023                    /s/ ANTHONY P. CAPOZZI
2                                           ANTHONY P. CAPOZZI
                                            Counsel for Defendant
3                                           Ezequiel Guzman

4

5  Dated:  June 21, 2023                    /s/ GRENVILLE PRIDHAM
6                                           GRENVILLE PRIDHAM
                                            Counsel for Defendant
7                                           Jonathan Maldonado

8

9  Dated:  June 21, 2023                    /s/ ROGER D. WILSON
                                            ROGER D. WILSON
10                                          Counsel for Defendant
11                                          Matthew Mendez

12

13  Dated:  June 21, 2023                   /s/ DOUGLAS C. FOSTER
                                            DOUGLAS C. FOSTER
14                                          Counsel for Defendant
15                                          Alejandro Hawkins

16  Dated:  June 21, 2023                   /s/ ERIC H. SCHWEITZER
                                            ERIC H. SCHWEITZER
17                                          Counsel for Defendant
18                                          Francisco Diaz

19  Dated:  June 21, 2023                   /s/ VICTOR M. CHAVEZ
20                                          VICTOR M. CHAVEZ
                                            Counsel for Defendant
21                                          Francisco Ferman

22  Dated:  June 21, 2023                   /s/ STEVEN CRAWFORD
23                                          STEVEN CRAWFORD
                                            Counsel for Defendant
24                                          Ivan Hernandez

25

26

27  STIPULATION AND PROPOSED DISCOVERY                3
    PROTECTIVE ORDER
28

Dated:  June 21, 2023

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
Michael Neri

Dated:  June 21, 2023

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
Eduardo Amezcua

Dated:  June 21, 2023

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
Jorge Delores Cruz

## **PROTECTIVE ORDER**

IT IS SO ORDERED.

Dated:   **June 22, 2023**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED DISCOVERY
PROTECTIVE ORDER

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED DISCOVERY
PROTECTIVE ORDER

5