DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
ALEJANDRO HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO HAWKINS,<br><br>Defendant. | Case No. 1:23-cr-00115<br><br>STIPULATION AND ORDER TO PLACE MATTER ON CALENDAR FOR ARRAIGNMENT |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the above-captioned matter be placed on the court's calendar on Monday, October 2, 2023, in order that Mr. Hawkins may be arraigned on the superseding indictment.

IT IS SO SIPULATED:

PHILLIP A. TALBERT
United States Attorney


DATED: 9/28/23                    /s/ Antonio Pataca_____
                                  ANTONIO PATACA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DATED: 9/28/23            /s/ Douglas Foster
                          DOUGLAS C. FOSTER
                          Law Offices of Douglas C. Foster
                          Attorney for Defendant
                          ALEJANDRO HAWKINS

**ORDER**

IT IS SO ORDERED that the above-captioned case shall be placed on the Court's calendar on Monday, October 2, 2023, for arraignment of defendant Alejandro Hawkins on the superseding indictment. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **September 28, 2023**            _____
                                          UNITED STATES MAGISTRATE JUDGE