# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO HAWKINS,<br><br>Defendant. | Case No. 1:23-cr-00115-ADA-BAM-7<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO COUNSEL DOUGLAS C. FOSTER<br><br>(ECF Nos. 186, 190) |

Pursuant to the parties' stipulation entered on September 18, 2023, an arraignment on the superseding indictment in this action was held on September 27, 2023, at 2:00 p.m., in Courtroom 9.  (See ECF Nos. 180, 181.)  At the arraignment hearing held on September 27, 2023, Defendant Alejandro Hawkins did not appear, and a warrant was issued for his arrest. Defendants' counsel, Douglas C. Foster, did not make an appearance.  On September 27, 2023, the Court issued an order for counsel Douglas C. Foster to show cause why sanctions should not be imposed  (ECF No. 186.)  On September 28, 2023, Mr. Foster filed a response to the order to show cause.  (ECF No. 190.)

The Court has reviewed Mr. Foster's response and finds it reasonably and thoroughly explains the events leading to the erroneous calendaring of the hearing and ultimate absence from the hearing, and explains the proper actions counsel took with respect to the client, the Federal Defender's office, and the United States Attorney afterward.  The Court finds good cause

1  to discharge the order to show cause.

2      Accordingly, IT IS HEREBY ORDERED that the order to show cause issued on
3  September 27, 2023, as to Douglas C. Foster (ECF No. 186), is DISCHARGED.

5  IT IS SO ORDERED.

6  Dated:  **September 29, 2023**

                          UNITED STATES MAGISTRATE JUDGE