1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  3185 M. Street; Suite 200
   Merced, CA 95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  ALEJANDRO HAWKINS

FILED

DEC 20 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO HAWKINS,<br><br>Defendant. | Case No. 1:23-cr-00115<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |

WHEREAS the Defendant has been on supervised release for five months and has been in full compliance with all the terms thereof; and whereas the pre-trial services officer has recommended that Defendant be released from the requirement that he participate in location monitoring and home detention based on this complete adherence to the terms of his pre-trial services agreement:

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Defendant's terms of supervised shall be modified to delete item (7)(k), to wit, the condition imposing Location Monitoring and Home Detention requirements. All other terms and conditions of Defendant's release are to remain as previously ordered.

IT IS SO STIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 12/20/2023          /s/ Antonio Pataca
        ANTONIO PATACA
        Assistant United States Attorney
        Attorney for Plaintiff

DATED: 12/20/2023          /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        ALEJANDRO HAWKINS

## ORDER

IT IS SO ORDERED. Condition 7(k) of the Additional Conditions of Release imposed on July 19, 2023, is hereby deleted. The Defendant is no longer required to participate in in Location Monitoring Services or Home Detention. All of the other Conditions of Release remain in effect as previously ordered.

DATED: 12/21/23

        HON. ERICA P. GROSJEAN
        United States District Court Magistrate

USA v. Hawkins – Stipulation and Order