PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEJANDRO HAWKINS,<br><br>   Defendant. | CASE NO. 1:23-cr-115-NONE-BAM-7<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL OF CHARGE |

The United States now moves to dismiss Count Five of the superseding indictment, charging Alejandro Hawkins with distribution of cocaine, in the above captioned case filed on August 31, 2023, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 1, 2024                    PHILLIP A. TALBERT
                                         United States Attorney

                                  By:    /s/ Antonio J. Pataca
                                         ANTONIO J. PATACA
                                         Assistant U.S. Attorney

1

Order

The Court hereby orders that Count Five of the superseding indictment in case number 1:23-cr-115-NONE-BAM-7, filed on August 31, 2023, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **March 1, 2024**


UNITED STATES DISTRICT JUDGE